| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 04/23/2013 |
| (312) 662-2861 | Hearing Time: | 10:30 a.m. |
| Chapter 7 Trustee | Response Date: | / / |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re:   PALLUZZI, MICHAEL F.          §    Case No. 12-21253
         PALLUZZI, THERESA H.          §
                                       §
Debtor(s)                              §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/23/2013 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 03/14/2013            By:    Ira Bodenstein
                                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | TIMOTHY A. BARNES |
| Shaw Gussis | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | _____ |
| Chicago, IL  60654 | Hearing Date: | _____ / / |
| (312) 662-2861 | Hearing Time: | _____ |
| Chapter 7 Trustee | Response Date: | _____ / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: PALLUZZI, MICHAEL F. | § | Case No. 12-21253 |
| PALLUZZI, THERESA H. | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $        7,500.00 |
| *and approved disbursements of* | $           65.00 |
| *leaving a balance on hand of* [1] | $        7,435.00 |
| **Balance on hand:** | $        7,435.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $           0.00 |
| Remaining balance: | $       7,435.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $       1,500.00 |
| Remaining balance: | $       5,935.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                        Total to be paid for prior chapter administrative expenses: $ 0.00
                        Remaining balance: $ 5,935.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                        Total to be paid for priority claims: $ 0.00
                        Remaining balance: $ 5,935.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 415,072.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Michigan State Federal Credit Union | 20,682.92 | 0.00 | 295.74 |
| 3 | TCF National Bank | 130,395.19 | 0.00 | 1,864.48 |
| 4 | FIA CARD SERVICES, N.A. f/b/o Bank of America | 14,866.34 | 0.00 | 212.57 |
| 5 | Quantum3 Group LLC as agent for Comentiy Bank | 235.87 | 0.00 | 3.37 |
| 6 | Sallie Mae | 100,543.41 | 0.00 | 1,437.63 |
| 7 | U.S. Department of Education | 44,212.25 | 0.00 | 632.18 |
| 8 | American Express Centurion Bank | 9,940.33 | 0.00 | 142.13 |
| 9 | US Dept of Education | 14,554.21 | 0.00 | 208.11 |
| 10 | US Dept of Education | 1,188.72 | 0.00 | 17.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | US Dept of Education | 38,675.46 | 0.00 | 553.01 |
| 12 | US Dept of Education | 10,553.81 | 0.00 | 150.91 |
| 13 | US Dept of Education | 27,130.62 | 0.00 | 387.93 |
| 14 | American Express Centurion Bank | 2,093.77 | 0.00 | 29.94 |

Total to be paid for timely general unsecured claims: $ 5,935.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 9,311.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Toyota Motor Credit Corporation | 9,311.55 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                         Case No. 12-21253-TAB
Michael Palluzzi                                               Chapter 7
Theresa Palluzzi
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1      User: pseamann              Page 1 of 3              Date Rcvd: Mar 15, 2013
                          Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2013.
db/jdb       +Michael Palluzzi,    Theresa Palluzzi,    149 Park Drive,    River Forest, IL 60305-2039
18953983      American Express,    P.O. BOX 650448,    DALLAS, TX 75265-0448
18953984     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18953985      American Express Blue,    BOX 0001,    LOS ANGELES, CA 90096-8000
19690823      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18953986     +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18953987     +Barclay,    Card Services P.O. Box 13337,    Philadelphia, PA 19101-3337
18953988      Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19101
18953989     +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18953990     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18953991      Edfinancial Services,    DEPT 888055,    Knoxville, TN 37995-8055
19545461      FIA CARD SERVICES, N.A.,     to Bank of America/MBNA America Bank,    4161 Piedmont Parkway,
               NC4 105 03 14,    Greensboro, NC 27410
18953992      Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
18953993     +Great Lakes,    P.O. Box 7860,    Madison, WI 53707-7860
18993114      Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
18953995     +Macys,    P.O. Box 183083,    Columbus, OH 43218-3083
18953996     +Mass Mutual Financial Group,    Box 371368,    Pittsburgh, PA 15250-7368
18953997     +Michigan State Federal Credit Union,    MSU State Federal Credit Union,    3777 West Road,
               East Lansing, MI 48823-8029
18953998     +Msu Fed Cu,    Po Box 1208,    East Lansing, MI 48826-1208
18954001     +Robert Snover,    16929 Hazelwood Drive,    Plainfield, IL 60586-5121
18954003     +TCF National Bank,    17440 College Parkway,    Livonia, MI 48152-2363
18954004     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL 60197-5855)
20082039      Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19655292      U.S. Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
18954006     +U.S.Depart of Ed Direct Loan Servicing,     P.O. Box 5609,    Greenville, TX 75403-5609
19693576      US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
18954007      WFNNB-Loft,    P.O. Box 659705,    San Antonio, TX 78265-9705
18954008     +Wfnnb/an Tlr,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19144660      E-mail/Text: bankruptcynotices@cfstwo.com Mar 16 2013 04:44:24
               Credit Logic LLC--Jeff Agenbroad,    c/o CFS II Inc,    2488 E 81st Street, Suite 500,
               Tulsa, Oklahoma 74137-4214
19546881      E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2013 03:35:21
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
18954002      E-mail/PDF: pa_dc_claims@salliemae.com Mar 16 2013 04:12:31     Sallie Mae,    P.O. Box 9500,
               Wilkes Barre, PA 18773-9500
19653835     +E-mail/PDF: pa_dc_claims@salliemae.com Mar 16 2013 04:12:30     Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18953994      Jennie Palluzzi
18953999      Nicole Palluzzi
18954000      Nicole Palluzzi - daughter
19694648*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18954005*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann             Page 2 of 3             Date Rcvd: Mar 15, 2013
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: pseamann              Page 3 of 3                  Date Rcvd: Mar 15, 2013
                               Form ID: pdf006             Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2013 at the address(es) listed below:

```
          Brett M Scheive    on behalf of Joint Debtor Theresa  Palluzzi bscheive@scheivelaw.com,
           brett@hlsfirm.com
          Brett M Scheive    on behalf of Debtor Michael  Palluzzi bscheive@scheivelaw.com,
           brett@hlsfirm.com
          Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira  Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
          John F. Torres    on behalf of Creditor   Toyota Motor Credit Corporation jftlaw@earthlink.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert M. Kamm    on behalf of Creditor   TCF National Bank rkamm@kslawfirm.com
                                                                                             TOTAL: 7
```