# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PALLUZZI, MICHAEL F.     § Case No. 12-21253
      PALLUZZI, THERESA H.     §
                               §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $198,261.51          Assets Exempt: $15,990.16
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,935.00     Claims Discharged
                                                Without Payment: $464,666.76

Total Expenses of Administration: $1,565.00

    3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $75,074.13 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,565.00 | 1,565.00 | 1,565.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 583,137.39 | 439,067.88 | 424,384.45 | 5,935.00 |
| **TOTAL DISBURSEMENTS** | $658,211.52 | $440,632.88 | $425,949.45 | $7,500.00 |

    4) This case was originally filed under Chapter 7 on May 24, 2012. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/19/2013         By: /s/Ira Bodenstein
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estates interest in 2 Jeffrey Lane, Branford, Ct | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 4110-000 | 48,540.05 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 4110-000 | 14,020.08 | N/A | N/A | 0.00 |
| NOTFILED | Msu Fed Cu | 4110-000 | 12,514.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$75,074.13** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| International Sureties,Ltd | 2300-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,565.00 | $1,565.00 | $1,565.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Credit Logic LLC--Jeff Agenbroad | 7100-000 | N/A | 14,683.43 | 0.00 | 0.00 |
| 2 | Michigan State Federal Credit Union | 7100-000 | 19,378.04 | 20,682.92 | 20,682.92 | 295.74 |
| 3 | TCF National Bank | 7100-000 | 252,789.00 | 130,395.19 | 130,395.19 | 1,864.48 |
| 4 | FIA CARD SERVICES, N.A. f/b/o Bank of America | 7100-000 | 14,944.00 | 14,866.34 | 14,866.34 | 212.57 |
| 5 | Quantum3 Group LLC as agent for Comentiy Bank | 7100-000 | 140.00 | 235.87 | 235.87 | 3.37 |
| 6 | Sallie Mae | 7100-000 | 102,223.00 | 100,543.41 | 100,543.41 | 1,437.63 |
| 7 | U.S. Department of Education | 7100-000 | 53,207.40 | 44,212.25 | 44,212.25 | 632.18 |
| 8 | American Express Centurion Bank | 7100-000 | 9,864.58 | 9,940.33 | 9,940.33 | 142.13 |
| 9 | US Dept of Education | 7100-000 | N/A | 14,554.21 | 14,554.21 | 208.11 |
| 10 | US Dept of Education | 7100-000 | 1,076.00 | 1,188.72 | 1,188.72 | 17.00 |
| 11 | US Dept of Education | 7100-000 | 38,373.00 | 38,675.46 | 38,675.46 | 553.01 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | US Dept of Education | 7100-000 | 27,190.82 | 10,553.81 | 10,553.81 | 150.91 |
| 13 | US Dept of Education | 7100-000 | 10,566.24 | 27,130.62 | 27,130.62 | 387.93 |
| 14 | American Express Centurion Bank | 7100-000 | 2,093.00 | 2,093.77 | 2,093.77 | 29.94 |
| 15 | Toyota Motor Credit Corporation | 7200-000 | 5,075.00 | 9,311.55 | 9,311.55 | 0.00 |
| NOTFILED | American Express American Express Special Research | 7100-000 | 9,940.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclay | 7100-000 | 865.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 936.00 | N/A | N/A | 0.00 |
| NOTFILED | Dsnb Macys | 7100-000 | 317.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 2,064.19 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/an Tlr | 7100-000 | 196.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Mass Mutual Financial Group | 7100-000 | 6,663.12 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 10,586.00 | N/A | N/A | 0.00 |
| NOTFILED | Great Lakes | 7100-000 | 14,370.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$583,137.39** | **$439,067.88** | **$424,384.45** | **$5,935.00** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21253  
**Case Name:** PALLUZZI, MICHAEL F.  
PALLUZZI, THERESA H.  
**Period Ending:** 06/19/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/24/12 (f)  
**§341(a) Meeting Date:** 07/26/12  
**Claims Bar Date:** 12/20/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 16080 Seymour Rd, Grass Lake, MI 49240 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash: Savings | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Checking account 0673 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Savings Account: Savings 0702 | 931.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit: Security Deposit Held By Landl | 6,600.00 | 5,486.35 | | 0.00 | FA |
| 6 | Furnishings of one single-famil home: 149 Park D | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | Office: 3 computers, tablets | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes: 1 Man's Wardrobe; 1 Woman's Wardrobe | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement: 403 b | 1,190.16 | 0.00 | | 0.00 | FA |
| 10 | Stock: Siruis Radio 79 shares | 155.35 | 0.00 | | 0.00 | FA |
| 11 | 2005 Toyota Matrix | 5,575.00 | 0.00 | | 0.00 | FA |
| 12 | 2011 Toyota Camry | 16,190.00 | 16,190.00 | | 0.00 | FA |
| 13 | 2007 Honda Accord | 9,820.00 | 0.00 | | 0.00 | FA |
| 14 | Estates interest in 2 Jeffrey Lane, Branford, Ct | Unknown | 0.00 | | 7,500.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$198,261.51** | **$21,676.35** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed. Hearing 4/23/2013.

**Initial Projected Date Of Final Report (TFR):** June 30, 2013     **Current Projected Date Of Final Report (TFR):** March 15, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-21253  
**Case Name:** PALLUZZI, MICHAEL F.  
PALLUZZI, THERESA H.  
**Taxpayer ID #:** **-***0552  
**Period Ending:** 06/19/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/08/12 | {14} | Theresa Palluzzi | First installment on estates interest in 2 Jeffrey Lane, Branford Ct. per order dated 11/07/12 Dkt 60 | 1110-000 | 1,500.00 | | 1,500.00 |
| 11/20/12 | {14} | Theresa Palluzzi | 2d installment for 2 Jeffrey Lane, Branford CT per order dtd 11/07/12 (dkt 60) | 1110-000 | 1,500.00 | | 3,000.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,975.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 2,975.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,000.00 | 3,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,975.00 | |
| | | | **Subtotal** | | 3,000.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.00** | **$25.00** | |

{} Asset reference(s)  Printed: 06/19/2013 05:43 PM  V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-21253  
**Case Name:** PALLUZZI, MICHAEL F.  
PALLUZZI, THERESA H.  
**Taxpayer ID #:** **-***0552  
**Period Ending:** 06/19/13  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****598766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,975.00 | | 2,975.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,965.00 |
| 01/03/13 | {14} | Theresa Palluzzi | 3rd installment for 2 Jeffrey Lane, Branford CT per order dated 11/07/12 ~(dkt 60) | 1110-000 | 1,500.00 | | 4,465.00 |
| 01/29/13 | {14} | Theresa Palluzzi | 4th installment for 2 Jeffrey Lane, Branford, CT | 1110-000 | 1,500.00 | | 5,965.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,955.00 |
| 02/12/13 | 10101 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 10.00 | 5,945.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,935.00 |
| 03/01/13 | {14} | Theresa Palluzzi | Non-exempt equity in 2 Jeffrey Lane, Branford CT | 1110-000 | 1,500.00 | | 7,435.00 |
| 04/25/13 | 10102 | Ira Bodenstein | Final distribution TFR approved | 2100-000 | | 1,500.00 | 5,935.00 |
| 04/25/13 | 10103 | Michigan State Federal Credit Union | Ref # XXXX31-90 | 7100-000 | | 295.74 | 5,639.26 |
| 04/25/13 | 10104 | TCF National Bank | Ref # XXXXXXXXXXXX8000 | 7100-000 | | 1,864.48 | 3,774.78 |
| 04/25/13 | 10105 | FIA CARD SERVICES, N.A. f/b/o Bank of America | Ref # XXXXXXXXXXXX2462 | 7100-000 | | 212.57 | 3,562.21 |
| 04/25/13 | 10106 | Quantum3 Group LLC as agent for Comentiy Bank | Ref # XXXXXXXXXXXX2350 | 7100-000 | | 3.37 | 3,558.84 |
| 04/25/13 | 10107 | Sallie Mae | Ref # XXXXXX4431 | 7100-000 | | 1,437.63 | 2,121.21 |
| 04/25/13 | 10108 | U.S. Department of Education | Ref # XXXXXX2968 | 7100-000 | | 632.18 | 1,489.03 |
| 04/25/13 | 10109 | American Express Centurion Bank | Ref # XXXXXXXXXXX1005 | 7100-000 | | 142.13 | 1,346.90 |
| 04/25/13 | 10110 | US Dept of Education | | 7100-000 | | 208.11 | 1,138.79 |
| 04/25/13 | 10111 | US Dept of Education | Ref # XXXXXXXXXXX0001 | 7100-000 | | 17.00 | 1,121.79 |
| 04/25/13 | 10112 | US Dept of Education | Ref # XXXXXXXXXXX8581 | 7100-000 | | 553.01 | 568.78 |
| 04/25/13 | 10113 | US Dept of Education | Ref # XX0581 | 7100-000 | | 150.91 | 417.87 |
| 04/25/13 | 10114 | US Dept of Education | Ref # XX6581 | 7100-000 | | 387.93 | 29.94 |
| 04/25/13 | 10115 | American Express Centurion Bank | Ref # XXXXXX X-X3007 | 7100-000 | | 29.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,475.00 | 7,475.00 | $0.00 |
| | | | Less: Bank Transfers | | 2,975.00 | 0.00 | |
| | | | **Subtotal** | | 4,500.00 | 7,475.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,500.00** | **$7,475.00** | |

{} Asset reference(s)

Printed: 06/19/2013 05:43 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-21253  
**Case Name:** PALLUZZI, MICHAEL F.  
PALLUZZI, THERESA H.  
**Taxpayer ID #:** **-***0552  
**Period Ending:** 06/19/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****598766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******72-66** | **3,000.00** | **25.00** | **0.00** |
| **Checking # ****598766** | **4,500.00** | **7,475.00** | **0.00** |
| | **$7,500.00** | **$7,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 06/19/2013 05:43 PM    V.13.13